Jurisdiction is relinquished.

702 A.2d 362

**Albert N. FLEMING and Johnny B. Fleming, Petitioner & Cross–Respondent,**

**v.**

**CHEVRON U.S.A., INC., Respondent & Cross–Petitioner.**

Supreme Court of Pennsylvania.

Nov. 26, 1997.

*ORDER*

PER CURIAM.

AND NOW, this 26th day of November, 1997, the Petition for Allowance of Appeal is **GRANTED** and the Cross–Petition for Allowance of Appeal is **DENIED**.  The decision of the Superior Court is **REVERSED** and the case is **REMANDED** to the Court of Common Pleas of Philadelphia County for further proceedings.  *See Cheeseman v. Lethal Exterminator, Inc.,* 549 Pa. 200, 701 A.2d 156 (1997).

Jurisdiction is relinquished.